# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD WAYNE REAGAN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-04-1690-T |
| | ) |
| TIM O'DELL, Warden, | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT

Pursuant to the Order adopting Judge Couch's July 19, 2005, Report and Recommendation in its entirety and denying Petitioner's request for habeas relief, judgment is entered in Respondent's favor on all of Petitioner's grounds for relief.

Entered this  5th  day of October, 2005.

RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE